UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.

Kevin Smith,

      Defendant.

_____/

Case: 4:24-cr-20040
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 01-22-2024

Violation: 18 U.S.C. § 641

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds

Beginning in or around September 1987, and continuing through August 2021, in the Eastern District of Michigan, Defendant Kevin Smith willfully and knowingly stole, purloined, and converted to his own use money of the Social Security Administration, a department or agency of the United States, that is: Social Security Act, Title II, Childhood Disability Benefits having a value greater than $1,000.00; all in violation of Title 18, United States Code, Section 641.

DAWN N. ISON
United States Attorney


ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices


CORINNE M. LAMBERT
Special Assistant U.S. Attorney


Dated:  January 22, 2024

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]:** | **Judge Assigned:** |
| ☐ **Yes**    ☒ **No** | **AUSA's Initials:** C.M.L. |

**Case Title:** USA v.  Kevin Smith

**County where offense occurred :**  Genesee

**Check One:**    ☒ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

_____ Indictment/ ✓ Information --- **no** prior complaint.
_____ Indictment/_____ Information --- based upon prior complaint [**Case number:**                    ]
_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 22, 2024
Date

*s/ Corinne M. Lambert*
Corinne M. Lambert
Special Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9129
Fax:    (313) 226-2873
E-Mail address: Corinne.Lambert@usdoj.gov
Attorney Bar #:  P74285

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.