# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN SMITH,

    Defendant.

Hon. Shalina D. Kumar

Case No. 24-cr-20040

## Stipulation to Conduct a Pre-Plea Guidelines Calculation

The parties, by their undersigned attorneys, stipulate and agree that it would be prudent to obtain a calculation of the defendant's sentencing guidelines by the United States Probation Department before a plea hearing, given the complexity and extent of the defendant's criminal history. The defendant is charged in a single count Information with Theft of Government Funds, in violation of 18 U.S.C. § 641. An accurate guidelines calculation, particularly with respect to the defendant's criminal history, is necessary to continue plea negotiations.

For these reasons, the parties request that the Court order the United States Probation Department to complete a pre-plea guidelines calculation.

Respectfully submitted,

DAWN N. ISON
United States Attorney

| *s/ Corinne M. Lambert* | *s/David A. Koelzer (with consent)* |
|---|---|
| Corinne M. Lambert | David A. Koelzer |
| Special Assistant U.S. Attorney | Federal Community Defender |
| 211 W. Fort Street, Suite 2001 | 111 E. Court St., Suite L-100 |
| Detroit, MI 48226 | Flint, Michigan 48502 |
| (313) 226-9129 | (810) 232-3600 |
| Corinne.Lambert@usdoj.gov | david_koelzer@fd.org |

February 26, 2024

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN SMITH,

    Defendant.

Hon. Shalina D. Kumar

Case No. 24-cr-20040

## Order Directing the
## United States Probation Department to Complete a
## Pre-Plea Sentencing Guidelines Calculation

By request and agreement of the parties, and the Court being otherwise fully advised; IT IS HEREBY ORDERED that the United States Probation Department shall complete a pre-plea guidelines calculation based on the charge in the Information and the defendant's criminal history. The Probation Department shall provide the defendant's sentencing guidelines calculation to the parties in writing on or before April 30, 2024.

Entered: February 27, 2024

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge